**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**THOMAS C. and PAMELA MCINTOSH**                                          **PLAINTIFFS**

**versus**                                                    Civil Action No. 1:06cv1080-LTS-RHW

**STATE FARM FIRE & CASUALTY
COMPANY AND FORENSIC ANALYSIS
& ENGINEERING CORPORATION**                                          **DEFENDANTS**

**MOTION TO QUASH SUBPOENA DUCES TECUM
SERVED UPON STATE FARM BANK
AND MOTION FOR PROTECTIVE ORDER**

COMES NOW Defendant in the above captioned matter, Forensic Analysis & Engineering Corp. ("FAEC"), by and through its counsel of record, Galloway, Johnson, Tompkins, Burr & Smith, and moves to quash the Subpoena Duces Tecum Plaintiffs intend to serve upon State Farm Bank [Doc. 393] and for a Protective Order regarding same.  In support of its Motions, FAEC attached hereto and incorporates herein in full its Memorandum in Support.

Respectfully submitted, this 10th day of September, 2007.

FORENSIC ANALYSIS &
ENGINEERING CORP.


By:  ___/s/ Kathryn Platt_____
LARRY G. CANADA (#10480)
KATHRYN BREARD PLATT (#102141)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr & Smith, has this day served a copy of the above and foregoing upon counsel of record and other interested persons via the Court's electronic notification system.

So certified, this 10th day of September, 2007.

 */s/ Kathryn Platt*
KATHRYN BREARD PLATT