UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS C. and PAMELA McINTOSH**                                                  **PLAINTIFFS**

**V.**                                                           **CIVIL ACTION NO.1:06CV1080 LTS-JMR**

**STATE FARM FIRE & CASUALTY COMPANY,**
**FORENSIC ANALYSIS & ENGINEERING CO., and**
**E. A. RENFROE & COMPANY, INC.**                                                  **DEFENDANTS**

## ORDER DENYING MOTION TO DISQUALIFY

In accordance with the opinion I have this day signed, it is hereby

**ORDERED**

That the motion [221] of State Farm Fire and Casualty Company to disqualify the attorneys for the plaintiffs from further participation in this action is hereby **DENIED** without prejudice to the right of State Farm Fire and Casualty Company to pursue relief for the misconduct it has alleged in any forum having the authority to address the merits of its claims.

**SO ORDERED** this 12th day of September, 2006.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE