IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THOMAS C. & PAMELA MCINTOSH                                                PLAINTIFFS

VS.                                          CIVIL ACTION NO.:    1:06cv1080 LTS RHW

STATE FARM FIRE & CASUALTY COMPANY
and FORENSIC ANALYSIS AND ENGINEERING CORP.             DEFENDANTS

## MOTION TO STRIKE

COME NOW the Plaintiffs, by and through counsel and record, and file this Motion to Strike the *Motion to Quash Subpoena Duces Tecum Served upon State Farm Bank and Motion for Protective Order* [447] filed by Forensic Analysis & Engineering Corp. In support of this Motion to Strike, the Plaintiffs attach and submit a Memorandum in Support which will detail the argument that this Honorable Court does not have jurisdiction over this matter and that certain portions of the Defendants' Motion are immaterial.

Respectfully submitted, this the 13th day of September, 2007.

THOMAS C. AND PAMELA MCINTOSH

By:      s/*David Neil McCarty*
DAVID NEIL MCCARTY (MSB No. 101620)
Attorney for Plaintiffs


OF COUNSEL:

Mary E. McAlister (MSB No. 2170)
Derek A. Wyatt (MSB No. 7413)
David Neil McCarty (MSB No. 101620)
Nutt & McAlister, P.L.L.C.
605 Crescent Boulevard, Suite 200
Ridgeland, Mississippi  39157
Telephone: (601) 898-7302
Facsimile: (601) 898-7304

Richard F. Scruggs (MSB No. 6582)
Sidney A. Backstrom (MSB No. 99890)

David Zach Scruggs (MSB No. 100011)
Scruggs Law Firm, P. A.
Post Office Box 1136
Oxford, MS  38655
Telephone: (662) 281-1212
Facsimile: (662) 281-1312

Don John W. Barrett (MSB No. 2063)
Marshall H. Smith, Jr. (MSB No. 99239)
David Malcolm McMullan, Jr. (MSB No. 8494)
Barrett Law Offices
Post Office Box 987
Lexington, MS  39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

Dewitt M. Lovelace (MSB No. 1449)
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL  32541
Telephone: (850) 837-6020
Facsimile: (850) 837-4093


## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the following:

Richard F. Scruggs
dickscruggs@scruggsfirm.com         bethjones@scruggsfirm.com
lindahollowell@scruggsfirm.com      sbackstrom@scruggsfirm.com

Sidney A. Backstrom
sidbackstrom@scruggsfirm.com        bethjones@scruggsfirm.com
charlenebosarge@scruggsfirm.com     humpmcgee@scruggsfirm.com
lindahollowell@scruggsfirm.com

David Zach Scruggs
zachscruggs@scruggsfirm.com         bethjones@scruggsfirm.com
charlenebosarge@scruggsfirm.com     chrisrobertson@scruggsfirm.com
humpmcgee@scruggsfirm.com           jennifercarr@scruggsfirm.com
katierichcreek@scruggsfirm.com      lindahollowell@scruggsfirm.com
sbackstrom@scruggsfirm.com

Benjamin H. McGee, III

2

humpmcgee@scruggsfirm.com

Marshall H. Smith, Jr.
mhsmithjr@barrettlawoffice.com          dmcmullan@barrettlawoffice.com
rrbarrett@barrettlawoffice.com

Dewitt M. Lovelace
dml@lovelacelaw.com

Michael C. Moore
mm@mikemoorelawfirm.com

Larry G. Canada
lcanada@gjtbs.com          msoleto@gjtbs.com

Kathryn Breard Platt
kbreard@gjtbs.com

H. Hunter Twiford, III
htwiford@mcglinchey.com          jrouse@mcglinchey.com
kcallais@mcglinchey.com          mmason@mcglinchey.com
wsims@mcglinchey.com

David Aaron Norris
dnorris@mcglinchey.com          vbarr@mcglinchey.com
vmcqueen@mcglinchey.com

John A. Banahan
john@bnscb.com

Luke Dove
ldove81743@aol.com          bethbailey1@aol.com

Joseph M. Hollomon
jhollomon@att.net          joehollomonlaw@yahoo.com

Drew McLemore Martin
drewmartinlaw@gmail.com

Roechelle R. Morgan
RRM@webbsanders.com          jsr@webbsanders.com
lma@webbsanders.com          mks@webbsanders.com
sew@webbsanders.com          smf@webbsanders.com
sns@webbsanders.com          tsp@webbsanders.com

Norma Carr Ruff
ncr@webbsanders.com          csb@webbsanders.com
lma@webbsanders.com

3

sew@webbsanders.com

Dan W. Webb
dwebb@webbsanders.com          adt@webbsanders.com
amy@webbsanders.com            ceh@webbsanders.com
jsr@webbsanders.com            kbw@webbsanders.com
lfc@webbsanders.com            lma@webbsanders.com
mks@webbsanders.com            rrm@webbsanders.com
sew@webbsanders.com            smf@webbsanders.com
sns@webbsanders.com

Harry Benjamin Mullen
ben@bnscb.com                  lawshark66@i-55.com
layna@bnscb.com

Matthew E. Perkins
perkins@bnscb.com              layna@bnscb.com
perkins.bnscb@gmail.com

George S. Shaddock
georgeshaddock@yahoo.com       mls.lawfirm@yahoo.com

James P. Streetman, III
jstreetman@sssf-ms.com

Matthew A. Taylor
mtaylor@sssf-ms.com            sscarborough@sssf-ms.com

William E. Whitfield, III
whitbill@bryantdukes.com       whitbill@aol.com

Amy K. Averill – PHV
amy.averill@sablaw.com

Thomas M. Byrne – PHV
tom.byrne@sablaw.com           jennifer.wagner@sablaw.com

Christine Lipsey – PHV
clipsey@mcglinchey.com         jmatthews@mcglinchey.com
jrobert@mcglinchey.com

Valerie Sanders – PHV
valerie.sanders@sablaw.com

    And I hereby certify that I have delivered the foregoing document to the following non-ECF participants:

John W. Bonds – PHV

4

Sutherland, Asbill & Brennan, LLP - Atlanta
999 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  (404) 853-8596

*COUNSEL FOR **STATE FARM FIRE & CASUALTY COMPANY***

James R. Robie – PHV
Robie & Matthai
500 South Grand Avenue, 15th Floor
Los Angeles, CA  90071
        Telephone:  (213) 706-8000

*COUNSEL FOR INTERESTED PARTY **TAMARRA RENNICK***

This the 13th day of September, 2007.

                                            s/*David Neil McCarty*
                                       DAVID NEIL MCCARTY (MSB No. 101620)
                                       Attorney for Plaintiffs