UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THOMAS C. and PAMELA McINTOSH                                                              PLAINTIFFS

vs.                                             CIVIL ACTION NO.: 1:06-CV-1080-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY,
FORENSIC ANALYSIS & ENGINEERING CORPORATION,
and E.A. RENFROE & COMPANY, INC.                                                           DEFENDANTS

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT
OF THEIR MOTION TO USE EXHIBIT "C" UNDER SEAL**

Plaintiffs Thomas C. and Pam McIntosh ("Plaintiffs") respectfully move for an Order allowing them to file their Reply in Support of their Motion to Use Exhibit "C" [540] under seal, which is due this day, and in support states as follows:

1. On May 2, 2007, this Court Ordered that the Deposition of Lecky King be placed under seal [68].

2. Plaintiffs' Reply Memorandum in Support of their Motion to Use Exhibit "C" to their First Amended Complaint cites certain portions of testimony of Ms. King's sealed deposition.

3. Accordingly, in order to be in full compliance with the Court's prior seal Order, Plaintiffs respectfully request permission to file their Reply under Seal or, in the alternative, permission to file their Reply as is.

4. Plaintiffs will provide their sealed Reply to all Defendants and to the Court via email or in any other manner the Court requires.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request an Order from this Court allowing them to file their Reply under seal.

Respectfully submitted, this the 1st day of November 2007.

                    *THOMAS C. and PAMELA McINTOSH, PLAINTIFFS*

                    By:   /s/ ZACH SCRUGGS
                          ZACH SCRUGGS (MSB #100011)

Of Counsel:

Richard F. Scruggs
Sidney A. Backstrom
David Zachary Scruggs
Christopher T. Robertson
SCRUGGS LAW FIRM, P.A.
P.O. Box 1136
Oxford, MS 38655
Phone: (662) 281-1212

Don Barrett
Marshall H. Smith, Jr.
BARRETT LAW OFFICE
P.O. Box 987
Lexington, MS 39095
Phone: (662) 834-2376

Mary E. McAlister
Derek Wyatt
David McCarty
NUTT & McALISTER
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
Phone: (662) 898-7302

Dewitt M. Lovelace
LOVELACE LAWFIRM, P.A.
36474 Emerald Coast Pkwy., Suite 4202
Destin, FL  32541
850-837-6020

Mike Moore
MOORE LAW FIRM, LLC
P.O. Box 321048
Flowood, MS 39232
Phone: (601) 933-0070

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this 1st of November 20007, served via the Court's electronic filing system, a true and correct copy of the above and foregoing on counsel for Defendants as follows:

H. Benjamin Mullen
John A. Banahan
Matthew E. Perkins
Bryan, Nelson, Schroeder,
 Castigliola & Banahan, PLLC
Post Office Drawer 1529
Pascagoula, MS 39568-1529
E-mail: ben1@bnscb.com
E-mail: john@bnscb.com
Email: perkins@bnscb.com

Larry G. Canada
Kathryn Breard Platt
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139
E-mail: lcanada@gjtbs.com
Email: kbreard@gjtbs.com

Dan W. Webb
Roechelle R. Morgan
Norma Carr Ruff
Webb Sanders & Williams, P.L.L.C.
P.O.Box 496
Tupelo, MS 38802-0496
Email: dwebb@webbsanders.com
Email: rrm@webbsanders.com
Email: rrm@webbsanders.com
Email: ncr@webbsanders.com

Joseph M. Hollomon
Law Offices of Joseph M. Hollomon & Associates
P.O. Box 22683
Jackson, MS 39225
Email: jhollomon@att.net

H. Hunter Twiford
David Norris
McGlinchey Stafford, PLLC
Suite, 1100, City Centre South
P.O. Box 22949
Jackson, MS 39225-2949
Email: htwiford@mcglinchey.com
Email: dnorris@mcglinchey.com

Christine Lipsey
McGlinchey Stafford, PLLC
One American Place, 14th Floor
Baton Rouge, LA 70825
Email:  clipsey@mcglinchey.com

Amy L. Averill
Thomas M. Byrne
Valerie S. Sanders
Sutherland Asbill & Brennan, LLP
999 Peachtree St., NE
Atlanta, GA 30309
Email:  amy.averill@sablaw.com
Email:  tom.byrne@sablaw.com
Email:  valerie.sanders@sablaw.com


                                              */s/ ZACH SCRUGGS*