UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS C. and PAMELA McINTOSH**                               **PLAINTIFFS**

**V.**                               **CIVIL ACTION NO.1:06CV1080 LTS-JMR**

**STATE FARM FIRE and CASUALTY COMPANY, and
FORENSIC ANALYSIS & ENGINEERING CO., and
E. A. RENFROE & COMPANY, INC.**                          **DEFENDANTS**

### ORDER AND JUDGMENT OF DISMISSAL

Upon due consideration of the plaintiffs' motion [1251] to dismiss all claims against Forensic Analysis & Engineering Company, it is hereby

**ORDERED and ADJUDGED**

That the plaintiffs' motion [1251] is hereby **GRANTED**;

All claims against Forensic Analysis & Engineering Company are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 26th day of August, 2008.

                                                s/ L. T. Senter, Jr.
                                                L. T. SENTER, JR.
                                                SENIOR JUDGE